IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| GRETA McCLAIN and <br> MICHAEL FONDREN <br> <br> v. <br> <br> FIRST ACCEPTANCE CORPORATION | ) <br> ) <br> ) <br> )    NO. 3:17-0408 <br> )    Crenshaw/Holmes <br> ) |

**O R D E R**

On January 19, 2017, the parties filed a joint motion for approval of FLSA settlement (Docket Entry No. 55, see also Docket Entry Nos. 53 and 54).

Therefore, the Clerk of Court shall forward this motion to the Honorable Waverly D. Crenshaw, Jr., Chief Judge, for his consideration.

It is so ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge